UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA R. OLIVEIRA, | No. 2: 23-cv-0661 KJN P |
| Plaintiff, | |
| v. | ORDER |
| SOLANO COUNTY SHERIFF'S, et al., | |
| Defendants. | |

Plaintiff is a county prisoner, proceeding without counsel, with this civil rights action pursuant to 42 U.S.C. § 1983. Court records indicate that plaintiff's current address is the Solano County Jail in Fairfield, California. However, on June 5, 2023, the Solano County Sheriff's Department informed the court that plaintiff is no longer in the custody of the Solano County Sheriff's Office. (ECF No. 8.)

It appears that plaintiff failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change.

////

////

////

1

  Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall show cause why this action should not be dismissed for her failure to notify the court of her address change.

Dated: June 9, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Oliv661.osc