1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SYLVIA R. OLIVEIRA,                    No.  2: 23-cv-0661 DJC KJN P

12                  Plaintiff,

13        v.                                ORDER

14   SOLANO COUNTY SHERIFF'S, et al.,

15                  Defendants.

16

17        Plaintiff, proceeding pro se, has filed this civil rights action seeking relief under

18   42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On June 29, 2023, the magistrate judge filed findings and recommendations

21   herein which were served on plaintiff and which contained notice to plaintiff that any

22   objections to the findings and recommendations were to be filed within fourteen

23   days.  Plaintiff has not filed objections to the findings and recommendations.

24        Although it appears from the file that plaintiff's copy of the findings and

25   recommendations was returned, plaintiff was properly served.  It is the plaintiff's

26   responsibility to keep the court apprised of his current address at all times.  Pursuant

27   to Local Rule 182(f), service of documents at the record address of the party is fully

28   effective.

                                    1

1     The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

     Accordingly, IT IS HEREBY ORDERED that:

     1.  The findings and recommendations filed June 29, 2023 are adopted in full; and

     2.  Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED without prejudice for failure to prosecute and failure to comply with court orders.  *See* Local Rule 110; Local Rule 183(b); Fed. R. Civ. P. 41(b).

     IT IS SO ORDERED.

Dated:   **October 6, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Oliv661.802

2